Flesner Wentzel
820 South Main Street, Suite 200
St. Charles, Missouri 63301
United States
636-442-4529



# Invoice

| | |
|---|---|
| Invoice # | 16266 |
| Invoice Date | December 15, 2015 |
| Due Date | |
| Balance Due | $1,450.00 |
| Payment Terms | |
| Case / Matter | GRIFFIN v ASBURY AUTOMOTIVE ST. LOUIS, L.L.C. |

Leslie Griffin
239 Wabash Woods Way
O'Fallon, MO 63366

For services rendered between November 17, 2015 and December 15, 2015

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 11/17/2015 | EW | Communication | Re: Arbitration Award | 250.00 | 0.3 | 75.00 |
| 11/17/2015 | EW | Documents | Review Motion to Vacate or Modify, Call to Client | 250.00 | 0.7 | 175.00 |
| 11/18/2015 | EW | Documents | Review and Upload to Client of Court's Order, Communication with OPC Re: Returning the Car. | 250.00 | 0.5 | 125.00 |
| 11/19/2015 | EW | Communication | Re: Memorandum and Order from Court with Client | 250.00 | 0.3 | 75.00 |
| 12/03/2015 | EW | Communication | Re: OPC supplemental memorandum with Client. | 250.00 | 0.2 | 50.00 |
| 12/11/2015 | EW | Communication | With OPC Re: Settlement of Pending Motion, Call to Judge's Chambers | 250.00 | 0.4 | 100.00 |
| 12/14/2015 | EW | Communication | With Client Re: Possible Settlement | 250.00 | 0.3 | 75.00 |
| 12/15/2015 | EW | Communication | With OPC Re: Resolution of Motion to Vacate | 250.00 | 0.1 | 25.00 |
| 12/15/2015 | EW | Documents | Response to Defendant's Motion to Vacate and/or Modify Arbitration Award (Billed Time) | 250.00 | 3.0 | 750.00 |
| **Non-billable Time Entries:** | | | | | | |
| 12/11/2015 | EL | Phone Call | Corey from Brown and James called in regards to Griffin case. | 125.00 | 0.1 | 12.50 |
| 12/15/2015 | EL | Phone Call | Corey from Brown and James called in regards to Griffin case. | 125.00 | 0.1 | 12.50 |
| 12/15/2015 | EW | Documents | Response to Defendant's Motion to Vacate and/or Modify Arbitration Award (Billed Time | 250.00 | 1.0 | 250.00 |

Totals: 7.0 $1,450.00

| | |
|---|---:|
| Time Entry Sub-Total: | 1,450.00 |
| **Sub-Total:** | 1,450.00 |
| **Total:** | 1,450.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$1,450.00** |